IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Elizabeth Miller, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 13 C 1720 |
| | ) |
| National enterprise Systems, Inc., et al, | ) Judge Rebecca R. Pallmeyer |
| | ) |
| Defendants. | ) |

### ORDER

    Fairness hearing held on 3/17/2014. IT IS HEREBY ORDERED that all defined terms contained herein shall have the same meanings as set forth in the settlement agreement. The Settlement Agreement is finally approved and the Settling Parties shall implement it pursuant to its terms. Case is dismissed without prejudice. Ten (10) days after the filing of the notice contemplated in paragraph 1 of the Final Approval Order, the dismissal of the clams of Plaintiffs and the Settlement Class shall become with prejudice, absent a timely motion by either Plaintiff or Defendant before that date. Class Counsel shall submit an agreed order of dismissal.

ENTER:

Dated: March 17, 2014

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:02)